SCWC-14-0000426

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR
THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWMBS 2006-10
TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-10,
Respondent/Plaintiff-Appellee,

vs.

R. ONAGA, INC., a Hawai'i corporation,
Respondent/Defendant-Appellant,

and

ROBERT NISPEROS MARQUEZ; MARLYN MIRANDA MARQUEZ; MORTGAGE
ELECTRONIC REGISTRATIONS SYSTEMS, INC., solely as nominee for
CASTLE & COOKE MORTGAGE, LLC, a Hawai'i corporation; DEPARTMENT
OF TAXATION, STATE OF HAWAI'I; UNITED STATES OF AMERICA,
DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,
Respondents/Defendants-Appellees,

and

LYLE ANTHONY FERRARA and LINDA SUSAN FERRARA,
Petitioners/Intervenors.
(CIVIL NO. 11-1-2095)

---

R. ONAGA, INC., a Hawai'i corporation,
Respondent/Defendant-Appellant,

vs.

ROBERT NISPEROS MARQUEZ; MARLYN MIRANDA MARQUEZ; BANK OF
NEW YORK MELLON, TRUSTEE; MORTGAGE ELECTRONIC REGISTRATIONS

SYSTEMS, INC.; DEPARTMENT OF TAXATION, STATE OF HAWAIʻI; INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY, U.S.A., Respondents/Defendants-Appellees.,

and

LYLE ANTHONY FERRARA and LINDA SUSAN FERRARA, Petitioners/Intervenors.
(CIVIL NO. 12-1-1758)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000426)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ., and Circuit Judge Kim, in place of McKenna, J., recused)

Respondent/Defendant-Appellant R. Onaga, Inc., timely filed a motion for reconsideration (Motion) on August 11, 2017, asking this court to reconsider our August 3, 2017 opinion (Opinion).

This court, having reviewed the Motion, together with the Opinion, and the records and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaiʻi, August 22, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack



/s/ Michael D. Wilson

/s/ Glenn J. Kim

2